EWS
F.# 2024R00065

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

STEPHAN DEGROAT and
NIDAL ISA,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>P R O P O S E D   O R D E R</u>

CR <u>25-113</u> (<u>KAM</u>)

       Upon the application of JOHN J. DURHAM, United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Eric Silverberg, for an order

unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:   Brooklyn, New York
          _____*4/3*_____, 2025

                       *Vera M. Scanlon*
                _____
                HONORABLE VERA M. SCANLON
                UNITED STATES MAGISTRATE JUDGE
                EASTERN DISTRICT OF NEW YORK