

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EWS
F. #2024R00065

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 3, 2025

<u>By E-mail</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Stephan DeGroat and Nidal Isa
     <u>Criminal Docket No. 25-113 (KAM)</u>

Dear Judge Scanlon:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

         Respectfully submitted,

         JOHN J. DURHAM
         United States Attorney

      By: /s/ Eric Silverberg
         Eric Silverberg
         Russell Noble
         Assistant U.S. Attorneys
         (718) 254-6365 / 6178

Enclosure

cc: Clerk of Court (by ECF)
   Counsel of Record (by ECF)