## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Vera M. Scanlon** DATE: **4/3/25**

DOCKET NUMBER: **25CR113(KAM)** LOG#: **4:19 - 4:57**

DEFENDANT'S NAME: **Stephen DeGroat**
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: **Kenneth Montgomery** ✓
___ Federal Defender ✓ CJA ___ Retained
**Russell Noble** ✓

A.U.S.A: **Eric Silverberg** CLERK: **Felix Chin**

INTERPRETER: _____ (Language) _____

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
___ DETENTION HEARING Held.   ✓ Defendant's first appearance.
  ✓ Bond set at **$100,000**. Defendant ✓ released ___ held pending satisfaction of bond conditions.
  ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  **2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
___ Temporary Order of Detention Issued. Bail Hearing set for _____
___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
✓ Order of Excludable Delay/Speedy Trial entered. Start **4/3/25** Stop **5/1/25**
✓ Rule 5f warnings given to the govt. ___ Medical memo issued.
___ Defendant failed to appear, bench warrant issued.
___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____