# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 396 WAVERLY AVENUE
## BROOKLYN, NEW YORK 112238
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

July 7, 2025

**Via ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

                **RE: United States v. Stephen Degroat**
                **Criminal Docket 25 CR. 113 (KAM)**

Dear Judge Matsumoto:

      This letter to the Court is a request to have permission from the Court to have substitute counsel appear on my behalf on July 23, 2025. The Court rescheduled the status conference, which was initially scheduled for July 24th. I am unavailable on the 23rd, as I will be in the Eastern District of Pennsylvania on a sentencing in the matter of the United States v. Hassan Elliot, 20 Cr. 417 (JS). The Elliott matter is a former death-eligible quadruple RICO murder sentencing, including the death of a police officer.

      Thank you for your time and consideration in this matter.

                                            Respectfully,
                                            *Kenneth J. Montgomery*
                                           Law Office of KJM PLLC
                                           Attorney for Stephen Degroat
                                           396 Waverly Avenue
                                           Brooklyn, New York 11238