

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

RWN/EWS
F. #2024R00065

July 14, 2025

By ECF

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Stephan DeGroat and Nidal Isa
      Criminal Docket No. 25-113 (KAM)

Dear Judge Matsumoto:

   The government respectfully submits this letter to request that the status conference in the above-captioned matter, currently scheduled for July 23, 2025 at 10:30 a.m., be adjourned to September 4, 2025 at 1:00 p.m. The government also respectfully requests that the Court enter an order of excludable delay until the date of the next status conference. The government has conferred with counsel for defendants DeGroat and Isa, who consent to the requested adjournment and exclusion of time.

   The Speedy Trial Act provides this Court with broad discretion to grant a "continuance on the basis of [its] findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial." Title 18, United States Code, Section 3161(h)(7)(A). Here, the parties are engaged in plea negotiations in an effort to resolve this case short of trial. In addition, the government is continuing to process the contents of electronic devices seized pursuant to a search warrant and will produce these materials when practicable. Therefore, the government submits that an exclusion of time under the Speedy Trial Act is in the interest of justice, and respectfully requests that the Court enter an

order of excludable delay for the time period from July 24, 2025 until the date of the next status conference.

                            Respectfully submitted,

                            JOSEPH NOCELLA, JR.
                            United States Attorney

               By:   /s/ Russell Noble
                            Russell Noble
                            Eric W. Silverberg
                            Assistant U.S. Attorneys
                            (718) 254-6178

cc:     Defense Counsel (by E-mail and ECF)
           Clerk of the Court (by E-mail and ECF)